UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

February 5, 2016

MEMO TO COUNSEL RE:  Mary Harris v. Lawrence Hogan, et al.
Civil No. JFM-13-2579

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiff's motion for leave to file amended complaint.

Plaintiff's motion (document 49) is granted.  However, I will permit no further discovery. It appears that plaintiff's amendment of the complaint may be futile but I would prefer to decide the issues pertaining to the naming of the new defendants by way of a motion to dismiss.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge